# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES THORBURN, <br> DEBRA K. THORBURN, and <br> TULLOSS SPRINGS, LLC, <br>     Plaintiffs, <br> v. <br> SCOTT FISH, LINDA FISH, UP <br> DEVELOPMENT FRANKLIN, LLC, <br> BROTHERS LAND TRUST, LLC, <br>     Defendants, | No. 3:13-1431 <br> Judge Trauger |

## AGREED ORDER OF DISMISSAL

It appearing to the Court based on the signatures below of counsel for the parties that an agreement has been reached to resolve this matter, the Court hereby FINDS and ORDERS as follows:

1. The parties negotiated a Confidential Settlement and Release of Claims (the "Agreement"), which was executed and agreed to by the following: Plaintiff James M. Thorburn; Plaintiff Debra K. Thorburn; Plaintiff Tulloss Springs, LLC, by and through its authorized manager James M. Thorburn and member Debra K. Thorburn; Defendant Scott Fish; Defendant Linda Fish; Defendant Brothers Land Trust, LLC, by and through its authorized member Scott Fish; Defendant Brothers Land Trust, LLC, by and through its authorized member Scott Fish; and UP Development Franklin, LLC, by and through its authorized member Scott Fish.

2. The Settlement Amount, as defined in the Agreement, has been paid.

3. Counsel for the Plaintiffs shall release to counsel for the Defendants the 2nd Obligation Deed of Trust Release, as defined in the Agreement.

4. The parties have resolved this matter and consent to the dismissal of this action, with prejudice.

5. This action is hereby dismissed, with prejudice.

6. The costs of this action shall be borne by the party that incurred the costs, and all court costs shall be assessed one-half to the Plaintiffs and one-half to the Defendants, then credit shall be applied to any party that has already paid costs.

IT IS SO ORDERED this   16 th  day of      April                , 2015.

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Respectfully submitted for entry:

/s/ Austin L. McMullen
Roger G. Jones (No. 11550)
rjones@babc.com
Austin L. McMullen (No. 20877)
amcmullen@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN  37203
Telephone: (615) 252-2307

*Counsel for Plaintiffs*


BONE MCALLESTER NORTON PLLC


By:     /s/ Tucker Herndon
        Tucker Herndon
        therndon@bonelaw.com
        David Anthony, #19951
        danthony@bonelaw.com
        Sean C. Kirk, # 22878
        skirk@bonelaw.com
        511 Union Street, Suite 1600
        Nashville, TN  37219
        (615) 238-6321 phone
        (615 238-6301 fax
        *Attorneys for Defendants*